526 A.2d 356

**In the Matter of Jeffrey A. CONNELLY.**

**No. 575 Disciplinary Docket No. 2.**

Supreme Court of Pennsylvania.

May 29, 1987.

## ORDER

AND NOW, this 29th day of May, 1987, upon consideration of the Certificate of Jeffrey A. Connelly that he is suffering from a disabling addiction which makes it impossi-

ble for him to prepare an adequate defense to disciplinary charges brought against him, it is hereby

ORDERED that Jeffrey A. Connelly be examined by a qualified medical expert to determine his competency to participate in and defend against the charges brought against him in the above disciplinary proceedings; and it is further

ORDERED that Jeffrey A. Connelly is immediately transferred to inactive status pursuant to Rule 301(e), Pa.R.D.E., pending a determination of his competency to proceed.